ARTHUR J. SEMETIS, P.C.
Constantine T. Tzifas, Esq.
286 Madison Avenue, Suite 1801
New York, New York 10017
ctzifas@semetislaw.com
Tel: (212) 557-5052
Fax: (212) 557-5051
*Attorneys for Gotham Drywall Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN ANGAMARCA,

       *Plaintiff,*

    -against-

MP QUALITY DRYWALL INC. and
GOTHAM DRYWALL, INC.,

       *Defendants.*
-----------------------------------------------------------------X

Case No.: 24-cv-02398-PKC-MMH

**ANSWER**
**OF GOTHAM**
**DRYWALL INC.**

  Defendant, Gotham Drywall, Inc. ("Gotham Drywall"), by its attorneys, Arthur J. Semetis, P.C., as and for its answer to the Complaint ("Complaint"), upon information and belief, states as follows:

**AS AND FOR A RESPONSE THE**
**NATURE OF THE ACTION**

  1. Denies the truth of the allegations set forth in paragraph 1 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 1 of the Complaint.

  2. Denies the truth of the allegations set forth in paragraph 2 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 2 of the Complaint.

  3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of the Complaint.

## AS AND FOR A RESPONSE
## TO JURISDICTION AND VENUE

4.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4 of the Complaint.

5.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of the Complaint.

6.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 of the Complaint.

## AS AND FOR A RESPONSE
## TO THE PARTIES

7.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7 of the Complaint.

8.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8 of the Complaint.

9.      Admits the truth of the allegations set forth in paragraph 9 of the Complaint.

10.      Denies the truth of the allegations set forth in paragraph 10 of the Complaint.

11.      Denies the truth of the allegations set forth in paragraph 11 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 11 of the Complaint.

12.      Denies the truth of the allegations set forth in paragraph 12 of the Complaint.

13.      Denies the truth of the allegations set forth in paragraph 13 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 13 of the Complaint.

**AS AND FOR A RESPONSE**
**TO THE STATEMENT OF FACTS**

14.    Admits the truth of the allegations set forth in paragraph 14 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 14 of the Complaint.

15.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15 of the Complaint.

16.    Denies the truth of the allegations set forth in paragraph 16 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 16 of the Complaint.

17.    Denies the truth of the allegations set forth in paragraph 17 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 17 of the Complaint.

18.    Denies the truth of the allegations set forth in paragraph 18 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 18 of the Complaint.

19.    Denies the truth of the allegations set forth in paragraph 19 of the Complaint.

20.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 20 of the Complaint.

21.    Denies the truth of the allegations set forth in paragraph 21 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 21 of the Complaint.

22.    Denies the truth of the allegations set forth in paragraph 22 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 22 of the Complaint.

23.     Denies the truth of the allegations set forth in paragraph 23 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 23 of the Complaint.

24.     Denies the truth of the allegations set forth in paragraph 24 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 24 of the Complaint.

25.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 25 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 25 of the Complaint.

26.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 26 of the Complaint.

27.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 27 of the Complaint.

28.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 28 of the Complaint.

29.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 29 of the Complaint.

30.     Denies the truth of the allegations set forth in paragraph 30 of the Complaint.

31.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 31 of the Complaint.

32.     Denies the truth of the allegations set forth in paragraph 32 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 32 of the Complaint.

33.     Denies the truth of the allegations set forth in paragraph 33 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 33 of the Complaint.

34.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 34 of the Complaint.

35.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 35 of the Complaint.

**AS AND FOR A RESPONSE**
**TO THE FIRST CAUSE OF ACTION**

36.     In response to paragraph 36 of the Complaint, Fitzpatrick repeats realleges and reiterates its responses to paragraphs 1 through 35 of the Complaint as if fully set forth herein.

37.     Denies the truth of the allegations set forth in paragraph 37 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 37 of the Complaint.

38.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 38 of the Complaint.

39.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 39 of the Complaint.

40.     Denies the truth of the allegations set forth in paragraph 40 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 40 of the Complaint.

41.     Denies the truth of the allegations set forth in paragraph 41 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 41 of the Complaint.

**AS AND FOR A RESPONSE**

**TO THE SECOND CAUSE OF ACTION**

42.    In response to paragraph 42 of the Complaint, Fitzpatrick repeats realleges and reiterates its responses to paragraphs 1 through 41 of the Complaint as if fully set forth herein.

43.    Denies the truth of the allegations set forth in paragraph 43 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 43 of the Complaint.

44.    Denies the truth of the allegations set forth in paragraph 44 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 44 of the Complaint.

45.    Denies the truth of the allegations set forth in paragraph 45 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 45 of the Complaint.

**AS AND FOR A RESPONSE**
**TO THE THIRD CAUSE OF ACTION**

46.    In response to paragraph 46 of the Complaint, Fitzpatrick repeats realleges and reiterates its responses to paragraphs 1 through 45 of the Complaint as if fully set forth herein.

47.    Denies the truth of the allegations set forth in paragraph 47 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 47 of the Complaint.

48.    Denies the truth of the allegations set forth in paragraph 48 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 48 of the Complaint.

49.    Denies the truth of the allegations set forth in paragraph 49 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 49 of the Complaint.

50.     Denies the truth of the allegations set forth in paragraph 50 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 50 of the Complaint.

51.     Denies the truth of the allegations set forth in paragraph 51 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 51 of the Complaint.

57.     Denies the truth of the allegations set forth in paragraph 57 of the Complaint as they relate to Gotham Drywall and denies knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations set forth in paragraph 57 of the Complaint.

58.     Denies the truth of the allegations set forth in paragraph 58 of the Complaint.

59.     Denies the truth of the allegations set forth in paragraph 59 of the Complaint.

60.     Denies the truth of the allegations set forth in paragraph 60 of the Complaint.

61.     Denies the truth of the allegations set forth in paragraph 61 of the Complaint.

62.     Denies the truth of the allegations set forth in paragraph 62 of the Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

63.     The Complaint fails to state a cause of action upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

64.     Plaintiff was never employed by Gotham Drywall.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

65.     Plaintiff never performed any work for Gotham Drywall.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

66.     Gotham did not possess control over Plaintiff's working conditions, or over the policies and practices with respect to the employment and compensation of Plaintiff and/or any similarly situated individuals.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

67.    Plaintiff did not perform any services for Gotham Drywall.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

68.    At all times relevant hereto, Gotham did not violate any of Plaintiff's rights secured under any federal, state or local law.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

69.    Gotham Drywall is not part of a single integrated enterprise as defined under the FLSA of New York Labor Law.

**WHEREFORE**, Gotham Drywall, Inc., respectfully demands judgment as follows:

a)    Dismissing the Complaint in its entirety;

b)    On the Crossclaim that MP comply with all provisions of the Agreement and defend, indemnify and hold harmless Gotham Drywall from and against all liability, losses, damages, injuries, claims, legal fees, and expenses arising from this lawsuit.

c)    Awarding attorney's fees, costs and disbursements and interest.

Dated: New York, New York
May 9, 2024

Arthur J. Semetis, P.C.


By: /s/ Constantine T. Tzifas
    Constantine T. Tzifas
Attorneys for *Gotham Drywall Inc.*
286 Madison Avenue – Suite 1801
New York, New York 10017
(212) 557-5055