UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Juan Angamarca,

                  Plaintiff,               JUDGMENT

    v.                           24-cv-02398-PKC-MMH

MP Quality Drywall Inc., and
Gotham Drywall Inc.,

                  Defendants.
----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September

25, 2024; and Defendant MP Quality Drywall Inc., having offered to allow entry of judgment to

be taken against them and in favor of Plaintiff Juan Angamarca, in the sum of Forty-Five

Thousand Dollars and Zero Cents ($45,000.00); it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Juan

Angamarca and against Defendant MP Quality Drywall Inc., in the sum of Forty-Five Thousand

Dollars and Zero Cents ($45,000.00).

Dated: Brooklyn, New York                  Brenna B. Mahoney
       September 26, 2024            Clerk of Court

                                   By:    */s/Jalitza Poveda*
                                       Deputy Clerk